**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00120-LTB-CBS

EUGENE GILBERT,
         Plaintiff,

v.

LARRY REID, and
JOHN SUTHER, THE ATTORNEY GENERAL OF STATE OF COLORADO,
         Defendants.

_____

**ORDER**
_____

On May 2, 2005, this Court entered its Order denying the 28 U.S.C. § 2254 Petition and dismissing the action with prejudice as being untimely under the Anti-terrorism and Effective Death Penalty Act. The order of dismissal is consistent with the Magistrate Judge's determination that Petitioner failed to meet his burden of demonstrating any reason why equitable tolling should apply.

On July 5, 2005, Plaintiff Eugene Gilbert filed his "Motion for Relief From Order Pursuant to Fed.Rules Civ.Proc Rule 60(b)". Defendants/Respondents have filed their response to the motion. I have reviewed the motion in light of the file and record in this case and the response to the motion. I find and conclude that Mr. Gilbert has made no showing of either mistake or misrepresentation underlying the order of dismissal. Moreover, I find and conclude that he has shown no grounds for relief pursuant to Rule 60(b)(1-5) and no extraordinary circumstances justifying the reopening of a final judgment pursuant to Rule 60(b)(6). Accordingly

IT IS ORDERED that the Rule 60(b) motion is DENIED.

                                                                                     BY THE COURT:

                                                                                  s/Lewis T. Babcock
                                                                                  Lewis T. Babcock, Chief Judge

DATED: July 19, 2005