IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00120-LTB-CBS

EUGENE GILBERT,

      Applicant,

v.

LARRY REID, and
JOHN SUTHER, The Attorney General of the State of Colorado,

      Respondents.

___

ORDER DENYING CERTIFICATE OF APPEALABILITY
___

Babcock, Chief Judge

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this  25th  day of August, 2005.

      BY THE COURT:

      s/Lewis T. Babcock
      JUDGE, UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO